IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| ELBERT MULDROW | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 5:15cv167 |
| BOB PAGE, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

The Plaintiff Elbert Muldrow, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged deprivations of his constitutional rights. On June 22, 2016, the parties consented to allow the undersigned United States Magistrate Judge to enter final judgment in the proceeding, in accordance with 28 U.S.C. §636(c).

Plaintiff's motion seeks injunctive relief because he is being denied visitation at the Bowie County Jail. He did not set out the parameters of the injunction he wishes the Court to issue, nor did he show a substantial likelihood of prevailing on the merits of his claims or a substantial likelihood of irreparable injury if the requested injunctive relief is not granted. Plaintiff further did not allege nor show granting the requested relief would not dis-serve the public interest.

After review of the pleadings, the Magistrate Judge issued a Report on June 3, 2016, prior to the consent of the parties, recommending the Plaintiff's motion for injunctive relief be denied. Plaintiff received a copy of this Report on June 7, 2016, but filed no objections thereto; accordingly, he is barred from *de novo* review of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the Court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the previously issued Report. Upon such review, the Court has determined that the Report is correct. *See* United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.") It is accordingly

**ORDERED** the Report of the Magistrate Judge (docket no. 17) is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** the Plaintiff's motion for injunctive relief (docket no. 7) is hereby **DENIED**.

**SIGNED this 26th day of July, 2016.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE